**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeremy Fleming, | NO. CV-25-01649-PHX-MTL |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A** |
| Priority Ambulance LLC, | **CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 10, 2025, judgment of dismissal is entered, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 10, 2025

By    s/ D. Draper
      Deputy Clerk